**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@BusinessCounsel.net

***ATTORNEY FOR DEFENDANT***
ALEKSANDR MASLOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>Aleksandr Maslov,<br><br>  Defendant. | Case №: 2:12-CR-0322 GEB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM NOVEMBER 17, 2017 TO DECEMBER 15, 2017 AND EXCLUDE TIME** |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppola, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Kelly Babineau, attorney for Andrey Lungu, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of Friday, November 17, 2017, should be continued to Friday, December 15, 2017, and time should be excluded under the Speedy Trial Act. The parties further stipulate as follows:

1
**STIPULATION NAD PROPOSED ORDER TO CONTINUE STATUS CONFERECE**

1. By previous order, the status of the competency proceedings as to defendant Aleksandr Maslov in case number 2:14-CR-083 and 2:12-CR-0322 were set for status conference on November 17, 2017.

2. By Stipulation and Order, the parties stipulated and on November 8, 2017 the Court found defendant Maslov competent [ECF 187] and set the matter for a status conference for November 17, 2017. The court further found excludable time through November 17, 2017.

3. Counsel for all of the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. This case involves several defendants with several witnesses. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. By this stipulation, the defendants now move to continue the status conference to December 15, 2017 and to exclude time between November 17, 2017 and December 15, 2017, pursuant to Local Code T4.

4. The government does not oppose this request.

5. The defendants are currently out of custody.

6. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2017 to December 15, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| November 16, 2017 | /s/ Kenny N. Giffard (as authorized 11/16/2017) <br> KENNY N. GIFFARD <br> Attorney for Alexsandr Lastovskiy |
| November 16, 2017 | /s/ Kelly Barineau (as authorized 11/16/2017) <br> KELLY BABINEAU <br> Attorney for Andrey Lungu |
| November 16, 2017 | /s/ Robert M. Wilson <br> ROBERT M. WILSON <br> Attorney for Aleksandr Maslov |
| November 16, 2017 | Heiko Coppola (as authorized 11/16/2017) <br> HEIKO COPPOLA <br> Attorney for the United States |

IT IS SO ORDERED.

The status conference presently set for November 17, 2017 at 9:00 A.M., is hereby continued to December 15, 2017 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from November 17. 2017 through December 15, 2017 pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in

a speedy trial.

Dated: November 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge